**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUL 18 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr 147-WHA |
| ) | [21 U.S.C. 841(a)(1)] |
| CHARLES ASHLEY McBRIDE ) | |
| ) | INDICTMENT |

## COUNT 1

On or about the 11th day of July, 2007, in Montgomery County, within the Middle District of Alabama, the defendant,

CHARLES ASHLEY McBRIDE,

did knowingly and intentionally distribute five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, more commonly referred to as "crack cocaine," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about the 13th day of July, 2007, in Montgomery County, within the Middle District of Alabama, the defendant,

CHARLES ASHLEY McBRIDE,

did knowingly and intentionally distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, more commonly referred to as "crack cocaine," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

*Deputy* *Marilynn Presley*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
United States Attorney

*Clark Morris*
A. CLARK MORRIS
Assistant United States Attorney