IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr147-WHA |
| | ) | |
| CHARLES ASHLEY McBRIDE | ) | |

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL
REFORM ACT**

Upon the motion of the government, it is ORDERED that a detention hearing is set for September 4, 2007 at 3:00 p.m. in Courtroom 5-B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. Pending this hearing, the defendant shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 31st day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE