IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr147-WHA |
| | ) | |
| CHARLES ASHLEY MCBRIDE | ) | |

## ORDER

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held on September 4, 2007. There is a rebuttable presumption of detention in this case. The credible testimony and information submitted at the hearing establishes by clear and convincing evidence that defendant was serving a two-year term of probation on a possession of controlled substances conviction in Montgomery County Circuit Court when he sold substantial quantities of crack cocaine to a confidential informant on two different occasions. Defendant attempted to flee on foot when officers sought to apprehend him after the second buy, and had to be physically "taken down." He has prior charges for possession of marijuana 2nd, murder, robbery 1st, carrying a pistol without a permit, and possession of controlled substances. He faces the possibility of a lengthy sentence if he is convicted in this case.

Based on the foregoing, the court concludes that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant or protect the community and that the defendant should be detained.

Therefore, it is ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility

separate, to the extent practicable, from persons awaiting or serving sentences or being held

in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for

private consultation with defense counsel.  On order of a court of the United States or on

request of an attorney for the Government, the person in charge of the corrections facility

shall deliver the defendant to the United States Marshal for the purpose of an appearance in

connection with a court proceeding.

DONE, this 5th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE