IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-147-WHA |
| | ) | |
| **CHARLES ASHLEY McBRIDE** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and enters his appearance on behalf of Defendant, **Charles Ashley McBride,** in the above-styled case.

Dated this 7th day of September, 2007.

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: don_bethel@fd.org
    IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-147-WHA |
| | ) | |
| CHARLES ASHLEY McBRIDE | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Clark Morris, Esq., Assistant U. S. Attorney, 131 Clayton Street, Montgomery, Alabama 36104.

                                Respectfully submitted,

                                s/ Donnie W. Bethel
                                DONNIE W. BETHEL
                                Assistant Federal Defender
                                201 Monroe Street, Suite 407
                                Montgomery, Alabama 36104
                                Phone: (334) 834-2099
                                Fax: (334) 834-0353
                                E-mail:don_bethel@fd.org
                                IN Bar Code: 14773-49