### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07-cr-147-WHA |
| ) | |
| CHARLES ASHLEY McBRIDE ) | |

### MOTION TO WITHDRAW
### AND FOR APPOINTMENT OF CJA PANEL ATTORNEY

**COMES NOW** the Undersigned Counsel, Donnie W. Bethel, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, Charles Ashley McBride. In support of this Motion, counsel states the following:

1. The Federal Defenders Office was appointed to represent Mr. McBride on August 29, 2007. Undersigned Counsel filed his notice of appearance on September 7, 2007.

2. Undersigned Counsel has discovered that the Federal Defenders Office has a conflict of interest between Mr. McBride and another client, requiring the Federal Defenders to withdraw from representing both clients.

3. CJA Panel Attorney Michael Kidd is available to represent Mr. McBride.

WHEREFORE, undersigned counsel prays that the Office of the Federal Defender be permitted to withdraw from the representation of Mr. McBride and that Michael Kidd be appointed to represent him.

Dated this 23rd day of October, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-147-WHA |
| | ) | |
| CHARLES ASHLEY McBRIDE | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Clark Morris, Esq., Assistant U. S. Attorney.

     Respectfully submitted,

     s/ Donnie W. Bethel
     DONNIE W. BETHEL
     Assistant Federal Defender
     201 Monroe Street, Suite 407
     Montgomery, Alabama 36104
     Phone: (334) 834-2099
     Fax: (334) 834-0353
     E-mail:don_bethel@fd.org
     IN Bar Code: 14773-49