IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr147-WHA |
| | ) | |
| CHARLES ASHLEY McBRIDE | ) | |

## **ORDER**

Upon consideration of defendant attorney's motion to withdraw (Doc. # 19) filed October 23, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. It is hereby ORDERED that Michael Kidd is appointed as a CJA Panel Attorney to represent the defendant in this matter. The appointed attorney shall file a written notice of appearance with this court.

DONE, this 24th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE