IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** } | |
| Plaintiff, } | |
| } | |
| v. } | **Case No. 2:07-CR-0147-WHA** |
| } | |
| **CHARLES ASHLEY McBRIDE,** } | |
| Defendant. } | |

### NOTICE OF APPEARANCE

COMES NOW, Michael L. Kidd, and hereby gives Notice of Appearance as counsel representing Noah L. Figueroa in the above styled cause.

Respectfully submitted on this the 26th day of October, 2007.

S/ Michael L. Kidd
**MICHAEL L. KIDD (KID001)**
Attorney for the Defendant
22 Scott Street
Montgomery, AL  36104
Telephone:    (334) 834.5433
Facsimile:     (334) 265.1926
uakidd@netzero.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2007, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nathan D. Stump
Assistant United States Attorney
Post Office Box 197
Montgomery, AL  36101

s/ Michael L. Kidd
**of COUNSEL**