## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** } | |
| Plaintiff, } | |
| } | |
| v. } | **Case No. 2:07-cr-0147-WHA** |
| } | |
| **CHARLES ASHLEY McBRIDE,** } | |
| Defendant. } | |

## MOTION TO CONTINUE

COMES NOW, Charles Ashley McBride by and through his attorney of record, Michael L. Kidd, hereby respectfully request that the above cause be continued from its November 5, 2007 setting. In support of said motion, the defendant would offer the following:

1. Counsel for said Defendant was appointed on or about October 24, 2007 due to a conflict from previous counsel.

2. Undersigned counsel has had several conversations with the defendant as well as the prosecution, where the defendant is actively participating with the government with the investigations of other criminal activities.

3. In order for the defendant to receive the full benefit of his cooperation, more time is needed to further the defendant's cooperation with the government.

4. Undersigned counsel has contacted Assistant United States Attorney, Clark Morris and the defendant's Motion to Continue is unopposed.

Respectfully submitted on this the 26th day of October, 2007.


S/ Michael L. Kidd
**MICHAEL L. KIDD (KID001)**
Attorney for the Defendant
22 Scott Street
Montgomery, AL  36104
Telephone:     (334) 834.5433
Facsimile:     (334) 265.1926
uakidd@netzero.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 27, 2007, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Clark Morris
Assistant United States Attorney
Post Office Box 197
Montgomery, AL  36101

                                              s/ Michael L. Kidd
                                              **of COUNSEL**