IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:07cr147-WHA |
| CHARLES ASHLEY McBRIDE | ) | |

## **ORDER**

This case is before the court on the Motion to Continue (Doc. #22), filed by the Defendant on October 30, 2007. The United States does not oppose the motion.

For the reason that defense counsel was only recently appointed, due to a conflict with previous counsel, and is in need of additional time to assist the Defendant in cooperation with the Government, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing November 5, 2007, and RESET for the term of court commencing December 10, 2007.

DONE this 31st day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE