### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** }<br>**Plaintiff,** } | |
| } | |
| v.   } | **Case No. 2:07-cr-0222-WHA** |
| } | |
| **CHARLES ASHLEY MCBRIDE,** }<br>**Defendant.** } | |

### DEFENDANT'S MOTION TO CONTINUE

COMES NOW, Charles Ashley McBride, by and through his attorney of record, Michael L. Kidd, hereby respectfully request that the above cause be continued from its December 10, 2007 trial date. In support of said motion, the defendant would offer the following:

1. Said defendant is currently cooperating with the Government and is set to make a proffer on November 20, 2007.
2. The Government has no opposition to the Defendant's Motion to Continue.

WHEREFORE, the defendant would respectfully request that the above cause of action be continued from its December 10th, 2007 trial date until the next available trial term.

Respectfully submitted on this the 19th day of November, 2007.

S/ Michael L. Kidd
**MICHAEL L. KIDD (KID001)**
Attorney for the Defendant
22 Scott Street
Montgomery, AL  36104
Telephone:    (334) 834.5433
Facsimile:    (334) 265.1926
uakidd@netzero.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 19th, 2007, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Clark Morris
Assistant United States Attorney
Post Office Box 197
Montgomery, AL  36101

                                              s/ Michael L. Kidd
                                              **of COUNSEL**