IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs.                       ) | CR. NO. 2:07cr147-WHA |
| CHARLES ASHLEY McBRIDE    ) | |

**ORDER**

This case is before the court on the Defendant's Motion to Continue (Doc. #28), filed on November 19, 2007. The Government does not oppose the motion.

For the reason that the Defendant is currently cooperating with the Government and plea negotiations are being conducted, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that trial of this case is CONTINUED from the term of court commencing December 10, 2007, and is RESET for Monday, January 14, 2008.

DONE this 28th day of November, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE